UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHSANULLAH MOHAMMAD,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br><br>            Defendant. | Case No. 20-cv-02272-JCS<br><br>**ORDER REGARDING FAILURE TO FILE STATEMENT OF THE ADMINISTRATIVE RECORD**<br><br>Re: Dkt. Nos. 10, 32 |

On June 11, 2020, the Court ordered the parties to meet and confer and file either a joint statement or separate statements of the administrative record in conjunction with their motions for summary judgment. Dkt. 10. Plaintiff's motion was filed on June 14, 2021 (dkt. 32), the deadline for Plaintiff's motion expired on June 15, 2021 (*see* dkt. 31), and no such statement has been filed. The parties are therefore ORDERED once again to meet and confer to determine whether they can agree to a joint statement of the administrative record in compliance with the Court's June 11, 2020 order, with that conference to occur no later than Wednesday, June 23, 2021. If the parties agree to a joint statement, they shall file it no later than June 25, 2021. If the parties cannot agree to joint statement, Plaintiff shall file his separate statement by the same deadline.

**IT IS SO ORDERED.**

Dated: June 16, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge