1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    E.M.,                                    Case No.  20-cv-02272-JCS

8                 Plaintiff,

9         v.                                  **ORDER GRANTING THIRD**
                                              **STIPULATION TO EXTEND TIME**
10   KILOLO KIJAKAZI,                         **FOR COMMISSIONER'S MOTION**

                 Defendant.                   Re: Dkt. Nos. 40
11

12

13        This case was filed on April 3, 2020, approximately a year and a half ago.  Defendant the

14   Commissioner of Social Security did not file the administrative record (dkt. 27) until April 13,

15   2021, more than a year after the case was filed, and only after the Court granted in part an opposed

16   fourth request for an extension of that deadline on the condition that a senior official would be

17   required to appear at a sanctions hearing if the record was not filed as ordered.  *See* dkt. 24.

18        Plaintiff E.M. filed his motion for summary judgment on June 14, 2021.  Dkt. 32.[1]  In

19   granting a second stipulation to extend time for the Commissioner's motion, which set a deadline

20   of September 29, 2021, the Court advised the parties that "[n]o further extensions of this deadline

21   will be granted as a matter of course," and that "[i]f the Commissioner needs additional time, the

22   parties may request a case management conference to discuss a feasible case schedule."  Dkt. 39.

23        Tina Naicker, counsel for the Commissioner has since faced exigent circumstances due to

24   serious family health issues over the past two weeks.  Rather than request a case management

25   conference as required by the previous order, however, the parties waited until the day the

26   Commissioner's motion was due to file a stipulation for a further one-week extension.  Dkt. 40.

27

28   _____
     [1] E.M.'s statement of the administrative record was not filed until June 25, 2021.

United States District Court
Northern District of California

As with the final request for an extension of time to file the administrative record, the timing of this request leave the Court little choice between granting it (despite the previous order to the contrary) or imposing fairly severe consequences.  Notwithstanding the parties' failure to follow the Court's previous order, Naicker's family obligations are sufficient grounds for a further extension.  Naicker's workload, with more than seventy-five active cases and more than three dispositive motions due per week, also raises concerns as to her ability to meet this and other deadlines.

The stipulation is GRANTED, and the Commissioner's motion and statement of the administrative record shall be filed no later than October 6, 2021.  If that deadline is not met, however, the Court will require Regional Chief Counsel Deborah Stachel to appear for a case management conference to discuss a feasible schedule.

**IT IS SO ORDERED.**

Dated: September 30, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge